STEPHANIE DORIA WILEY (SBN 196825)
*sdoria@rhdtlaw.com*
REBECCA STEPHENS (SBN 299234)
*rstephens@rhdtlaw.com*
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:   (415) 421-1800
Facsimile:   (415) 421-1700

Attorneys for Plaintiffs Lisa Ashley,
Elie Goldstein and minor T.A-G.

MARK E. DAVIS (SBN 79936)
*mdavis@davisyounglaw.com*
ERIC J. BENGTSON (SBN 254167)
*eric@davisyounglaw.com*
DAVIS & YOUNG LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone:   (408) 244-2166
Facsimile:   (408) 244-7815

Attorneys for Defendants San Mateo-
Foster City School District, Sheila Spieller,
Varina Williams, Donna Lewis, and Cynthia
Simms

Additional counsel on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ASHLEY, ELIE GOLDSTEIN, and T.A-G., a minor by and through his guardian ad litem LISA ASHLEY,<br><br>Plaintiffs,<br><br>v.<br><br>SAN MATEO-FOSTER CITY SCHOOL DISTRICT, TELMO VASQUEZ, SHEILA SPIELLER, VARINA WILLIAMS, DONNA LEWIS, CYNTHIA SIMMS and DOES 1-30,<br><br>Defendants. | Case No. 3:15-CV-00863-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE** |

JOHN A. SHUPE (SBN 87716)
*jshupe@lynchshupelaw.com*
ERIC K. SHIU (SBN 156167)
*eric@lynchshupelaw.com*
LYNCH & SHUPE LLP
700 Airport Blvd., Suite 410
Burlingame, CA 94010
Telephone:     (650) 579-5950
Facsimile:      (650) 579-0300

Attorneys for Defendant Telmo Vasquez

ii

Plaintiffs Lisa Ashley, Elie Goldstein and T.A-G. (collectively "Plaintiffs") and Defendants San Mateo-Foster City School District, Sheila Spieller, Varina Williams, Donna Lewis, Cynthia Simms, and Telmo Vasquez, by and through their counsel (collectively "the Parties"), stipulate and agree as follows:

WHEREAS, upon reassignment to the Honorable Samuel Conti, the Case Management Conference in the above-captioned case was rescheduled from August 17, 2015 to August 28, 2015;

WHEREAS, lead counsel for Plaintiffs must appear on August 28, 2015 at 9:00 a.m. at a previously-scheduled hearing in Marin County Superior Court in another matter (*Murie, et al. v Mini-Stor Ventures, LLC, et al.*, Marin County Superior Court Case. No. CIV 1300245);

WHEREAS, lead counsel for Plaintiffs and all Defendants are available on September 11, 2014;

IT IS NOW THEREFORE STIPULATED AND AGREED, by and between the parties, that:

1. The Case Management Conference in the above-captioned case shall be rescheduled to September 11, 2015 at 10:00 a.m. in Courtroom 1, 17th Floor;

2. The Case Management Conference statement shall be due on September 4, 2015.

DATED: August 3, 2015                           RUKIN HYLAND DORIA & TINDALL LLP

By: */s/ Stephanie Doria Wiley*
    STEPHANIE DORIA WILEY
    Attorneys for Plaintiffs

Stephanie Doria Wiley, SBN 196825
Rebecca Stephens, SBN 299234
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: sdoria@rhdtlaw.com
E-mail: rstephens@rhdtlaw.com

1

| | | |
|---|---|---|
| 1 | DATED:  August 3, 2015 | DAVIS & YOUNG LLP |
| 2 | | |
| 3 | | By: /s /Eric J. Bengtson |
| | | ERIC J. BENGTSON |
| 4 | | Attorney for Defendants San Mateo-Foster City School District, Sheila Spieller, Varina Williams, Donna Lewis, and Cynthia Simms |
| 5 | | |
| 6 | | ERIC J. BENGTSON, SBN 254167 |
| 7 | | DAVIS & YOUNG LLP |
| | | 1960 The Alameda, Suite 210 |
| 8 | | San Jose, CA 95126 |
| | | Telephone: (408) 244-2166 |
| 9 | | Facsimile:  (408) 244-7815 |
| | | E-mail: eric@davisyounglaw.com |
| 10 | | |
| 11 | DATED: August 3, 2015 | LYNCH & SHUPE LLP |
| 12 | | |
| 13 | | By: /s/ Eric K. Shiu |
| | | ERIC K. SHIU |
| | | Attorney for Defendant Telmo Vasquez |
| 14 | | |
| 15 | | JOHN A. SHUPE, SBN 87716 |
| | | ERIC K. SHIU, SBN 156167 |
| 16 | | LYNCH & SHUPE LLP |
| | | 700 Airport Blvd., Suite 410 |
| 17 | | Burlingame, CA 94010 |
| | | Telephone: (650) 579-5950 |
| 18 | | Facsimile: (650) 579-0300 |
| | | E-mail: jshupe@lynchshupelaw.com |
| 19 | | E-mail: eric@lynchshupelaw.com |

**[PROPOSED] ORDER**

The above stipulation is approved. The Case Management Conference shall be continued until September 11, 2015 at 10:00 a.m. in Courtroom 1, 17th Floor, and the Case Management Conference Statement shall be due by September 4, 2015.

**IT IS SO ORDERED.**

Dated: 08/04/2015

*[Signature and seal: Judge Samuel Conti, United States District Court, Northern District of California]*